No. 03–8361. SANTIAGO v. IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 11th Cir. Certiorari denied. 

No. 03–8365. PONDEXTER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 03–8557. BROWN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. 

No. 03–8584. DURHAM, AKA DEZARN, AKA PETTRY, AKA CARNEY, AKA MULLINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 03–8807. DANIEL v. NEVADA. Sup. Ct. Nev. Certiorari denied. 

No. 03–8809. FUENTES MARTINEZ v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. 

No. 03–8867. THARP v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. 

No. 03–8892. JENNINGS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–9246. RUGGIERE v. RUGGIERE. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. 

No. 03–9249. PHOUNG HO TRAN v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9254. DAVIS v. BOCK, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–9256. CLEVELAND v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–9257. DODD v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.